# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GARY HAMELL-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-cv-01471-MTS |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file.  Defendants filed a timely Motion to Dismiss, Doc. [10], on April 20, 2021.  Plaintiff failed to file a response, and his time to do so has expired.  *See* E.D. Mo. L.R. 4.01(B).  As a *pro se* litigant, Plaintiff may be unfamiliar with the local rules and the Federal Rules of Civil Procedure, but *pro se* litigants still must abide by them.  *In re Harris*, 277 F. App'x 645 (8th Cir. 2008) (noting "even pro se litigants must comply with court rules and directives") (citing *Soliman v. Johanns*, 412 F.3d 920, 921–22 (8th Cir. 2005)).

Because of Plaintiff's *pro se* status, however, the Court will provide him with another "opportunity to meet deadlines and conscientiously prosecute h[is] case."  *See Burrow v. Boeing Co.*, No. 4:09-cv-2073-TCM, 2010 WL 4272756, at *3 (E.D. Mo. Oct. 25, 2010).  Failure to respond to Defendant's Motion to Dismiss or to comply with future deadlines may result in the Court dismissing this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Gary Hamell-El shall respond to Defendants' Motion to Dismiss, Doc. [10], within ten (10) days of the date of this Order.

Dated this 13th day of May, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE